**Diane MOSS, Plaintiff–Appellant,**

v.

**PREMIERE CREDIT OF NORTH AMERICA, LLC, Georgia Department of Juvenile Justice, Defendants–Appellees.**

No. 12–15253.

United States Court of Appeals, Eleventh Circuit.

March 14, 2014.

Stanley E. Harris, Jr., Duffy & Feemster, LLC, Savannah, GA, for Plaintiff–Appellant.

Thomas W. Joyce, Carr G. Dodson, Jones Cork & Miller, LLP, Macon, GA, Troy Alan Gunderman, Educational Credit Management Corporation, Oakdale, MN, William Wright Banks, Jr., Samuel Scott Olens, Attorney General's Office, State of Georgia, Atlanta, GA, for Defendants–Appellees.

Before WILSON, Circuit Judge,

BUCKLEW,* and LAZZARA,** District Judges.

PER CURIAM:

Diane Moss appeals the district court's decision granting summary judgment in favor of Premiere Credit of North America, LLC. After reviewing the record and the parties' briefs, and with the benefit of oral argument, we affirm for the reasons stated in the district court's well-reasoned order dated September 26, 2012, and based on this court's decision in *Bennett v. Premiere Credit of North America, LLC,* 504 Fed.Appx. 872 (11th Cir.2013) (per curiam), which we find persuasive.

**AFFIRMED.**